UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

vs.                                                    CRIMINAL NO. 2:11CR22KS

RICARDO RODRIGUEZ                                                    DEFENDANT

## ORDER ALLOWING REMISSION OF REMAINING FINE BALANCE

THIS CAUSE came on for consideration on United States' Motion for Remission of Fine [#350] in accordance with the provisions of 18 U.S.C. § 3573.

The Court has considered the Motion and finds that it is well-taken and should be granted.

WHEREFORE, PREMISES CONSIDERED, the unpaid portion of the fine imposed on May 23, 2012, is hereby remitted.

SO ORDERED, this the ___12th___ day of April, 2017.


                                            ___s/Keith Starrett_____
                                            HONORABLE KEITH STARRETT
                                            UNITED STATES DISTRICT JUDGE